**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-7531**

LIONEL JAMES WASHINGTON,

                Petitioner - Appellant,

     v.

BONITA MOSELEY, Warden,

                Respondent - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Orangeburg. Henry M. Herlong, Jr., Senior District Judge. (5:18-cv-01292-HMH)

Submitted: May 23, 2019                      Decided: June 5, 2019

Before MOTZ and QUATTLEBAUM, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Lionel James Washington, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lionel James Washington, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Washington v. Moseley*, No. 5:18-cv-01292-HMH (D.S.C. Oct. 19, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*